Case 1:07-cv-01038-RMU    Document 2    Filed 06/11/2007    Page 1 of 1

FILED
JUN 1 1 2007
CO-386-online
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

| | | |
|---|---|---|
| MINNESOTA LAWYERS MUTUAL INSURANCE COMPANY  )<br>)<br>)<br>)<br>Plaintiff )<br>vs )<br>)<br>WESTERMAN, HATTORI, DANIELS )<br>& ADRIAN, LLP )<br>)<br>Defendant ) | Civil | Case: 1:07-cv-01038<br>Assigned To : Urbina, Ricardo M.<br>Assign. Date : 6/11/2007<br>Description: Contract |

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Minnesota Lawyers Mutual Insurance Company__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Minnesota Lawyers Mutual Insurance Company__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____s/ J.C._____
Signature

65532
BAR IDENTIFICATION NO.

Joseph F. Cunningham
Print Name

1600 Wilson Blvd., Suite 905
Address

Arlington        VA        22209
City             State     Zip Code

703-294-6500
Phone Number



2